**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-13-00079-CV**
_____

**IN RE JOHN S. MORGAN**

**Original Proceeding**

**MEMORANDUM OPINION**

In this mandamus proceeding, John S. Morgan contends the trial court abused its discretion in failing to grant Morgan's motion to dissolve a writ of garnishment. A writ of supersedeas, which dissolved the writ of garnishment, issued after Morgan filed his mandamus petition. Subsequently, the real party in interest suggested the petition was moot. The relator has not shown the petition is not moot. Without addressing the merits of the petition, we dismiss the petition for writ of mandamus as moot. *See In re Uresti*, 377 S.W.3d 696, 697 (Tex. 2012) (dismissing petition for mandamus relief under the mootness doctrine).

1

PETITION DISMISSED.

PER CURIAM

Submitted on February 25, 2013
Opinion Delivered April 4, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.